MARLIS PARK, P.C.
Young K. Park SB# 287589
  E-Mail: young@marlispark.com
Brent P. Marlis SB# 284654
  E-Mail: brent@marlispark.com
Sang H. Park SB# 290741
  E-Mail: sang@marlispark.com
3600 Wilshire Boulevard, Suite 1815
Los Angeles, CA 90010
Tel: 323-922-2000
Fax: 323-922-2000

Attorneys for Plaintiff,
MANUEL MARTINEZ

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MANUEL MARTINEZ, an individual;<br><br>  Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation; and DOES 1 through 50,<br><br>  Defendants. | Case No.: 8:21-cv-00794-DOC (ADSx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [18]**<br><br>Judge:  David O. Carter<br>Action Filed:  March 22, 2021<br>Trial Date:  Not Set |

Based on the stipulation of the parties, and good cause appearing therefor, IT IS ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

DATED: **August 13, 2021**

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE